**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00142-REB-04

UNITED STATES OF AMERICA,

       Plaintiff,

v.

4.     DANNY LEE BOOKER,
        a/k/a "D-Boy",

       Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

**Blackburn, J.**

The matter is before me on the **United States' Motion for Preliminary Order of Forfeiture Only as to Defendant Danny Lee Booker** [#266][1] filed April 14, 2014, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On March 24, 2014, the United States and defendant Danny Lee Booker entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 251).

The requisite nexus exists between

---

[1] "[#266]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1

   a. $620.00 in United States Currency seized on January 25, 2013 from Danny Lee Booker;

   b. $211.00 in United States Currency, seized on January 25, 2013 from Danny Lee Booker and Christopher Moore;

   c. $790.00 in United States Currency, seized on January 25, 2013 from Danny Lee Booker and Christopher Moore;

   d. $10,380.00 in United States Currency, seized on March 31, 2013 from Erik Espinoza-Moreno;

   e. 2007 Hummer H-3, VIN 5GTDN13E378100775, seized on March 31, 2013 from Erik Espinoza-Moreno;

   f. 2005 Hummer H-2, VIN 5GRGN23U05H130717, seized on March 31, 2013 from Severo Moreno;

   g. Springfield Armory .45 Caliber Handgun with Magazine seized on March 31, 2013 from Erik Espinoza-Moreno;

   h. Real property located at 4615 Double Lasso Court, Colorado Springs, Colorado, 80922; and

   i. Real property located at 131 Easy Street, Colorado Springs, Colorado, 80911-1924

and the crimes defendant Danny Lee Booker pleaded guilty to, namely possession with intent to distribute cocaine, conspiracy to commit the same, and money laundering.

Prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third

parties pursuant to 21 U.S.C. § 853(n).

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. That the **United States' Motion for Preliminary Order of Forfeiture Only as to Defendant Danny Lee Booker** [#266][2] filed April 14, 2014, is **GRANTED**;

2. That defendant's interest in the following:

    a. $620.00 in United States Currency seized on January 25, 2013 from Danny Lee Booker;

    b. $211.00 in United States Currency, seized on January 25, 2013 from Danny Lee Booker and Christopher Moore;

    c. $790.00 in United States Currency, seized on January 25, 2013 from Danny Lee Booker and Christopher Moore;

    d. $10,380.00 in United States Currency, seized on March 31, 2013 from Erik Espinoza-Moreno;

    e. 2007 Hummer H-3, VIN 5GTDN13E378100775, seized on March 31, 2013 from Erik Espinoza-Moreno;

    f. 2005 Hummer H-2, VIN 5GRGN23U05H130717, seized on March 31, 2013 from Severo Moreno;

    g. Springfield Armory .45 Caliber Handgun with Magazine seized on March 31, 2013 from Erik Espinoza-Moreno;

    h. Real property located at 4615 Double Lasso Court, Colorado

---

[2] "[#266]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Springs, Colorado, 80922, more fully described as

>   Lot 60, in Stetson Hills Subdivision Filing No. 24, in the City of Colorado Springs, El Paso County, Colorado; and

>   i. Real property located at 131 Easy Street, Colorado Springs, Colorado, 80911-1924, more fully described as

>>   Lot, 5,
>>   Block 2,
>>   Security Colorado Addition No. 2,
>>   County of El Paso, State of Colorado

is forfeited to the United States in accordance with 21 U.S.C. § 853; provided, further, that pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

   3.  That the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

   4.  That the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

   5.  That on adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed;

   6.  That The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings, *see* Fed. R. Crim. P. 32.2(c)(1);

and

    7.  That this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

    Dated April 15, 2014, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge