IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00142-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

4. DANNY LEE BOOKER,

Defendant.

## ORDER ON
## MOTION FOR TEMPORARY RELEASE AND REQUEST FOR EXPEDITED RULING
### (Docket No. 369)

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

Now before the court is defendant Danny Lee Booker's Motion for Temporary Release and Request for Expedited Ruling (Docket No. 369). The court has considered the subject motion, the probation memorandum date June 26, 2014, and oral argument presented at the June 27, 2014 hearing. The court has taken judicial notice of the court's file, and has considered the applicable Federal Rules of Criminal Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

Mr. Booker is currently in custody at the Federal Detention Facility in Englewood, Colorado. He is scheduled to be sentenced on August 6, 2014. Mr. Booker seeks leave of the court to be permitted to attend his grandmother's funeral which is scheduled to take place on July 2, 2014 in Houston, Texas.

The court finds good cause for Mr. Booker to attend his grandmother's funeral.

2

However, Mr. Booker must remain in custody throughout. The court does not find good cause for Mr. Booker's temporary release pursuant to 18 U.S.C. § 3622.

**WHEREFORE,** for the foregoing reasons, it is hereby

**ORDERED** that defendant Danny Lee Booker's Motion for Temporary Release and Request for Expedited Ruling (Docket No. 369) is **GRANTED** as follows. Mr. Booker shall be permitted to attend his grandmother's funeral on July 2, 2014 at O.W. Wiley Mortuary and Funeral Home, located at 1290 Pinemont in Houston, Texas. Mr. Booker shall remain in custody of the U.S. Marshal Service throughout this time. The U.S. Marshal Service shall transport Mr. Booker from Colorado to Texas and shall escort Mr. Booker to the funeral. Mr. Booker shall be responsible for all costs incurred by the U.S. Marshal Service for his attendance of the funeral. Upon Mr. Booker's return to Colorado, Mr. Booker shall undergo a drug test.

Date:  June 27, 2014          s/ Michael J. Watanabe
       Denver, Colorado       Michael J. Watanabe
                              United States Magistrate Judge